IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 7:11-CR-26 (HL) |
| v. | : | |
| WILLIE FOSTER, | : | |
| Defendant. | : | |

## ORDER

WHEREBY the Defendant's Motion for Continuance came before the Court and was considered;

The Court finds that counsel for the Defendant is in need of additional time to completely and thoroughly review discovery and discuss same with the Defendant and that it is in the interests of justice to allow a continuance;

IT IS HEREBY ORDERED that the Defendant's Motion for Continuance is GRANTED without further extension except to prevent manifest injustice, and his case continued from the October 11, 2011, calendar.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provision of Title 18, United States Code Section 3161(h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED, this the 14th day of September, 2011.

                                                                   `s/Hugh Lawson`
                                                                   Judge Hugh Lawson
                                                                   United States District Court
                                                                   Middle District of Georgia